UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID EVANS, et al., <br><br>                Plaintiff, <br><br>   v. <br><br>DAVID HURD, et al, <br><br>                Defendants. | Case No.: C 08-3840 PVT <br><br>**INTERIM ORDER RE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES; AND DEADLINE FOR PLAINTIFF TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

      On August 12, 2008, Plaintiff David Evans filed an Application to Proceed Without Prepayment of Fees.[1] Said application is deemed to be an Application to Proceed *In Forma Pauperis*. Based on the application presented,

      IT IS HEREBY ORDERED that, no later than August 28, 2008, Plaintiff Evans shall file an Application to Proceed *In Forma Pauperis* using the proper form, copies of which are available from the clerk of the court or from the forms section of the court's website (www.cand.uscourts.gov).

      IT IS FURTHER ORDERED that no later than August 28, 2008, Plaintiff Evans shall also file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 | Proceed Before a United States Magistrate Judge and Request for Reassignment." Both of these
2 | forms are also available from the clerk of the court, or from the forms section of the court's website.
3 | Dated: *8/14/08*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | copies mailed on   *8/14/08*   to:

David Evans
10830 Minette Drive
Cupertino, CA 95014

Gary Sullivan, Esq.
1565 The Alameda
San Jose, CA 95126

    */s/ Donna Kirchner*   for
CORINNE LEW
Courtroom Deputy

ORDER, *page 3*