original

[Clear Form]

**Filed**

AUG 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID Evans et. al., Plaintiffs

vs.

David Hurd, et al

Defendants

CASE NO. C 08-3840 PVT

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, DAVID EVANS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes X   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 5,337.60   Net: 3,168

Employer: City of Palo Alto   P.O. Box 10256 (I think) Palo Alto, CA 94303-0862

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |   a.   Business, Profession or                Yes ___ No ✗
8 |        self employment?
9 |   b.   Income from stocks, bonds,             Yes ___ No ✗
10 |       or royalties?
11 |  c.   Rent payments?                         Yes ___ No ✗
12 |  d.   Pensions, annuities, or                Yes ___ No ✗
13 |       life insurance payments?
14 |  e.   Federal or State welfare payments,     Yes ___ No ✗
15 |       Social Security or other govern-
16 |       ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____
21 | 3.   Are you married?                        Yes ___ No ✗
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.   a.   List amount you contribute to your spouse's support:$ 500.00
27 |      b.   List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1          children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2    ZDE    KDE

3

4   5.     Do you own or are you buying a home?      Yes ____ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?           Yes _X_ No ____

7   Make HONDA     Year 2007     Model RIQELINE

8   Is it financed? Yes ____ No _X_ If so, Total due: $_____

9   Monthly Payment: $_____

10   7.     Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: BANK OF THE WEST

12

13   Present balance(s): $ 50.00

14   Do you own any cash? Yes ____ No _X_ Amount: $_____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                                                    Yes ____ No _X_

17

18   8.     What are your monthly expenses?

19   Rent: $ 1400.00             Utilities: $ 100

20   Food: $ 60                     Clothing: $ 60 — GAS bills $ 250

21   Charge Accounts:

22   <u>Name of Account</u>         <u>Monthly Payment</u>            <u>Total Owed on This Account</u>

23   DISCOVER        $ 200.00               $ 4,427.69

24   PALO ALTO COMMUNITY $ 155.00         $ 5000.00

25   IRS                $ 100.00              $ 901.64

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28

PERSONAL   5000.00

1    YES MEDICAL + 2000.00 +

2    10.    Does the complaint which you are seeking to file raise claims that have been presented in

3    other lawsuits?    Yes ___    No _X_

4    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5    which they were filed.

6    _____

7    _____

8    I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9    false statement herein may result in the dismissal of my claims.

10

11    8/16/08            [signature]

12    DATE            SIGNATURE OF APPLICANT

- 4 -