FILED

2008 AUG 27 P 3:56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID EVANS, et al.,

Plaintiff(s),

v.

DAVID HURD, et al,

Defendant(s).

No. C 08-3840 PVT

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8-26-08

Signature _____

Counsel for Pro-se
(Plaintiff, Defendant, or indicate "pro se")

Please See RE: Intrein ORDER Response To...
DEADLINE/Plaintiff To File Consent or Declination...
Received By Court 8/21/08 For Reason