**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **DAVID HURD, ET AL.,** | **C 08-3840 PVT** |
| **Plaintiff(s),** | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **VS.** | |
| **DAVID EVANS, ET AL.,** | |
| **Defendant(s).** | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 9, 2008 before the Honorable Patricia V. Trumbull has been rescheduled for **December 12, 2008 at 10:30 a.m.,** before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before December 5, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: August 28, 2008         RICHARD W. WIEKING,
                               Clerk of Court
                               /s/ Corinne Lew

                               _____
                               Corinne Lew
                               Courtroom Deputy

1 | Copies mailed on 8/28/08 to:

2 | **David Evans**
3 | 10830 Minette Drive
Cupertino, CA 95014

4 |

5 | /s/ Corinne Lew

  | _____
6 | Corinne Lew
Courtroom Deputy to Magistrate
7 | Patricia V. Trumbull